MINUTE ENTRY
CHASEZ, M.J.
DECEMBER 10, 2013

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MIKE EVANS CRANE SERVICES,                  CIVIL ACTION
LLC

VERSUS                                      NUMBER: 11-1525

CASHMAN EQUIPMENT CORP.                     SECTION: "C"(5)


     A telephone status conference was conducted in the above matter this date.

     PARTICIPATING: Stan Duval, Scott Brownell

     The Court has been advised that the parties have agreed to stipulate to the amount of fees and costs at issue herein.

     Specifically, both Cashman and Mike Evans Crane Services have agreed and stipulated that the collective fees and costs herein total Five Thousand Four Hundred Seventy and 00/100 ($5,470.00) Dollars.  However, it is further stipulated that Mike Evans Crane Services will not become entitled to collect same until Cashman has an opportunity to complete the appellate review process.  During the appellate process, it is understood that Cashman will contest whether the Court should have ordered any fees and costs payable in this litigation.

MJSTAR(00:15)

Accordingly, the motion to quantify attorneys' fees and costs (Rec. doc. 93) referred to the undersigned is herewith rendered MOOT.

```
                              _____
                                     ALMA L. CHASEZ
                              UNITED STATES MAGISTRATE JUDGE
```