UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MIKE EVANS CRANE SERVICES, LLC                CIVIL ACTION

VERSUS                                        NO. 11-1525

CASHMAN EQUIPMENT CORP.                       SECTION: "C" (5)

ORDER AND REASONS

Before the Court is plaintiff's Motion to Alter or Amend Judgment Pursuant to Rule 59(e) to add prejudgment interest. Rec. Doc. 96. In an order dated March 27, 2014, this Court recognized plaintiff's entitlement to prejudgment interest and directed the parties to "submit supplemental briefing on the amount of prejudgment interest owed plaintiff based on the due date of the invoices at issue in this case by Friday, April 11, 2014 at 4:30 pm." Rec. Doc. 108. In response to this order, Defendant Cashman Equipment has filed briefing calculating that plaintiff is owed $15,986.61 under the Court's formula. Rec. Doc. 110-1 at 2.[1] Plaintiff has not opposed this calculation.

Accordingly,

IT IS ORDERED that Motion to Alter or Amend Judgment Pursuant to Rule 59(e) is

---

[1] Although it has furnished a calculation in compliance with the Court's order, Cashman maintains its position that plaintiff is not entitled to prejudgment interest. Rec. Doc. 110-1 at 1.

1

GRANTED. Rec. Doc. 96.

IT IS FURTHER ORDERED that judgment in this matter be amended to reflect that plaintiff is awarded $15,986.61 in prejudgment interest.

New Orleans, Louisiana, this 17th day of April, 2014.

                                              HELEN G. BERRIGAN
                                              UNITED STATES DISTRICT JUDGE